# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3088
_____

PARRISH ANTHONY GEORGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.


August 27, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Parrish Anthony George, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.